AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)     ☐ Original     ☐ Duplicate Original

LODGED
CLERK, U.S. DISTRICT COURT
12/1/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: KM  DEPTUTY

# UNITED STATES DISTRICT COURT

FILED
CLERK, U.S. DISTRICT COURT
12/1/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: IV  DEPUTY

for the

Central District of California

| | |
|---|---|
| United States of America<br><br>v.<br><br>DENNIS DAY,<br><br>Defendant. | Case No. 2:25-MJ-07425-DUTY |

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of November 9, 2025, in the county of Los Angeles in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 751 | Escape of prisoner in custody of institution or officer |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/ Jesse Escaleras
Complainant's signature

Jesse Escaleras, Deputy U.S. Marshal
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 12/01/2025

*Patricia Donahue*
Judge's signature

City and state: Los Angeles, California

Hon. Patricia Donahue, U.S. Magistrate Judge
*Printed name and title*

AUSA: Patrick Kibbe, x6482

**AFFIDAVIT**

I, Jesse Escaleras, being duly sworn, declare and state as follows:

## I. INTRODUCTION

1. I am a Deputy United States Marshal ("DUSM") with the United States Marshals Service ("USMS") for the Central District of California. I have been employed with the USMS since January 2025 and have been a Deputy United States Marshal since September 2025. Prior to my tenure as a DUSM, I was a Border Patrol Agent located in Freer, Texas for 7 years and 3 months.

## II. PURPOSE OF AFFIDAVIT

2. This affidavit is made in support of a criminal complaint against, and an arrest warrant for, Dennis Christopher DAY ("DAY") for a violation of 18 U.S.C. § 751 – Escape of Prisoner in Custody of Institution or Officer.

3. The facts set forth in this affidavit are based upon my personal observations, my training and experience, information obtained from various law enforcement personnel and witnesses, and my review of court records. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not purport to set forth all my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only all dates and times are on or about those indicated.

### III. STATEMENT OF PROBABLE CAUSE

4. On or about May 9, 2019, in the Central District of California, case number 2:18-cr-00338-JAK, DAY was sentenced to a term of 96 months' imprisonment and three years' supervised release for convictions of Bank Fraud, in violation of 18 U.S.C. § 1344(2); Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A(a)(1); Possession of Stolen Mail, in violation of 18 U.S.C. §1708; and Felon in Possession of Firearms and Ammunition, in violation of 18 U.S.C. § 922(g)(1).

5. On or about August 18, 2025, DAY was released from prison to the Residential Reentry Center ("RRC") El Monte for a term of nine months.

6. On November 9, 2025, DAY signed out from RRC El Monte on a six-hour pass at 2:30 pm and was due back at 8:30 pm. DAY did not return. Staff began calling DAY at 8:31 pm but were not able to reach him. Calls were also made to family and friends, who were unaware of his location or did not answer. DAY was given an extension until 9:25 pm, but DAY never showed up or contacted RRC El Monte. At that time, DAY was placed on Escape status. DAY remains at large.

//
//
//

## IV. CONCLUSION

7. For all the reasons described above, there is probable cause to believe that DAY violated 18 U.S.C. § 751 – Escape of Prisoner in Custody of Institution or Officer.

```
    /s/
_____
Jesse Escaleras, Deputy U.S. Marshal
United States Marshal Service
```

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by telephone
on this 1st day of December, 2025.

*Patricia Donahue*
_____
HON. PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE